UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

GREYBIN CHAVARRIA-ZEPEDA,

Petitioner,

**ORDER**
26-CV-5327(EK)

-against-

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, et al.,

Respondents.

-----------------------------------x

ERIC KOMITEE, United States District Judge:

Greybin Chavarria-Zepeda petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petition ¶¶ 1-5, ECF No. 1. He alleges that he was arrested by U.S. Immigration and Customs Enforcement ("ICE") on February 7, 2026. Following his arrest, ICE determined that he was subject to mandatory detention pursuant to 8 U.S.C. § 1226(c). *Id.* ¶ 23. Petitioner argues that, because he has been detained for more than six months, he is now entitled to a bond hearing at which respondents bear the burden of justifying his continued detention by clear and convincing evidence. *Id.* ¶¶ 42, 45; *see Black v. Decker*, 103 F.4th 133, 150 (2d Cir. 2024), *cert. granted sub nom. Genalo v. Black*, No. 25-886, 2026 WL 1718025 (U.S. June 15, 2026).

The Court finds that good cause exists to permit the government additional time to respond. 28 U.S.C. § 2243 ("The writ . . . shall be returned within three days unless for good cause additional time . . . is allowed."); *see In re Habeas Corpus Cases*, 216 F.R.D. 52, 53 (E.D.N.Y. 2003). On or before September 10, the government is directed to file a response, not to exceed fifteen double-spaced pages, addressing whether the writ should issue. The petitioner shall have until September 17 to file a reply, not to exceed ten double-spaced pages.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: August 29, 2026
Brooklyn, New York